JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALECIA WICKS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC.,<br><br>　　　　　Defendant. | Case No. 8:25-cv-01583-JWH-JDEx<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 14] entered on or about September 15, 2025, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED.**
2. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: November 24, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE